# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MITCHELL D. JACOBS d/b/a JACOBS LAW FIRM, individually and as the Representative of a class of similarly situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:14-cv-00432-RWS |
| WADDELL, INC. d/b/a PURITAN SPRINGS WATER, INC., | )<br>) |
| Defendant. | ) |

### STIPULATON TO VOLUNTARILY DISMISS WITH PREJUDICE

Come now the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and stipulate to dismiss with prejudice Plaintiff's claims against all Defendants. All parties are to bear their own attorneys' fees and costs unless otherwise agreed.

Dated:  June 11, 2015        By:        /s/ Matthew H. Armstrong
                                        Matthew H. Armstrong
                                        ARMSTRONG LAW FIRM LLC
                                        8816 Manchester Rd., No. 109
                                        St. Louis MO 63144
                                        Tel: 314-258-0212
                                        matt@mattarmstronglaw.com

                                        Jonathan B. Piper (*pro hac vice*)
                                        James M. Smith
                                        BOCK & HATCH LLC
                                        134 N. La Salle St., Suite 1000
                                        Chicago, IL 60602
                                        Telephone: (312)658-5500
                                        Fax: (312) 658-5555
                                        john@bockhatchllc.com

      Attorneys for Plaintiff

By: /s/James Ochs (with consent)
   James Ochs
   Ochs & Klein, Attorneys, P.C.
   OCHS & KLEIN, ATTORNEYS, P.C.
   149 N Meramec Ave
   Clayton, MO 63105
   jochs@ochsklein.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

      /s/ Matthew H. Armstrong