IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MITCHELL D. JACOBS d/b/a JACOBS ) 
LAW FIRM, individually and as the )
Representative of a class of similarly )
situated persons, )
)
    Plaintiff, )
)
v. )  Cause No. 4:14-cv-00432-RWS
)
WADDELL, INC. d/b/a PURITAN )
SPRINGS WATER, INC., )
)
    Defendant. )

*So Ordered*

[Signature] USDJ. 6/12/15

## STIPULATON TO VOLUNTARILY DISMISS WITH PREJUDICE

Come now the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and stipulate to dismiss with prejudice Plaintiff's claims against all Defendants. All parties are to bear their own attorneys' fees and costs unless otherwise agreed.

Dated: June 11, 2015    By:    /s/ Matthew H. Armstrong
Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel: 314-258-0212
matt@mattarmstronglaw.com

Jonathan B. Piper (*pro hac vice*)
James M. Smith
BOCK & HATCH LLC
134 N. La Salle St., Suite 1000
Chicago, IL 60602
Telephone: (312)658-5500
Fax: (312) 658-5555
john@bockhatchllc.com